UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

EMANUEL McCRAY, AKA
TrumpGenius,

        Plaintiff - Appellant,

  v.

MICROSOFT CORPORATION, A
Corporation Organized and Existing Under
the Laws of the State of Washington,

        Defendant - Appellee.

No. 26-302

D.C. No.
3:25-cv-05660-RAJ
Western District of Washington,
Tacoma

ORDER

Before: SILVERMAN, PAEZ, and H.A. THOMAS, Circuit Judges.

This court lacks jurisdiction over this appeal because the December 30, 2025

and January 12, 2026 orders challenged in the notice of appeal are not final or

immediately appealable. *See* 28 U.S.C. § 1291; *Green v. Occidental Petroleum

Corp.*, 541 F.2d 1335, 1338 (9th Cir. 1976) (district court must be "of the opinion"

that the criteria of section 1292(b) are met; court of appeals is without authority to

assume an appeal unilaterally); *Dees v. Billy*, 394 F.3d 1290, 1294 (9th Cir. 2005)

(district court order staying judicial proceedings and compelling arbitration is not

appealable). This appeal is therefore dismissed. *See* 9th Cir. R. 3-6(b) (if court

determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings).

**DISMISSED.**