UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| EMANUEL McCRAY, AKA TrumpGenius,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>MICROSOFT CORPORATION, a Corporation Organized and Existing Under the Laws of the State of Washington,<br><br>Defendant - Appellee. | No. 26-302<br><br>D.C. No. 3:25-cv-05660-RAJ<br>Western District of Washington, Tacoma<br><br>ORDER |

Before: SILVERMAN, PAEZ, and H.A. THOMAS, Circuit Judges.

The motion (Docket Entry No. 4) for reconsideration and reconsideration en banc is denied. *See* 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11.

This court will not entertain further filings in this closed case.